UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor to National City Bank, | )<br>)<br>) |
| Plaintiff, | ) Case No. 09 CV 8032 |
| v. | )<br>) |
| SHARON SKLAROV, et al., | )<br>) |
| Defendants. | ) |

To:    SEE ATTACHED SERVICE LIST

## NOTICE OF FILING

**PLEASE TAKE NOTICE THAT** on February 16, 2010, David J. Schwab and the law firm of Ralph, Schwab & Schiever, Chartered, filed with the Clerk of the United States District Court, via the Court's CM/ECF system the following Appearances: Appearance of David J. Schwab, Appearance of Michael L. Ralph, Sr., and Appearance of Joel H. Norton on behalf of Defendants Sharon Sklarov; Vladimir Sklarov; Sklarov Revocable Children's Trust Dated February 17, 1998; LP XXIV, LLC; Luxury Townhomes, LLC; Kidz Real Estate Group, LLC; Chicago Land Trust Company, as Trustee Under a Trust Agreement Dated July 16, 1997 and Known as Trust Number 1104283, copies of which are attached hereto and served upon you.

Dated: February 16, 2010

                                                                                                              Respectfully Submitted,

                                                                                                              Sharon Sklarov; Vladimir Sklarov; Sklarov Revocable Children's Trust Dated February 17, 1998; LP XXIV, LLC; Luxury Townhomes, LLC; Kidz Real Estate Group, LLC; Chicago Land Trust Company, as Trustee Under a Trust Agreement Dated July 16, 1997

                                                                                                              By:   /s/ David J. Schwab
                                                                                                                  One of Their Attorneys

David J. Schwab (Attorney No. 6204333)
Michael L. Ralph, Sr. (Attorney No. 2279304)
Joel H. Norton (Attorney No. 6286977)
RALPH, SCHWAB & SCHIEVER, CHARTERED
175 East Hawthorn Parkway
Suite 345
Vernon Hills, Illinois 60061
Telephone: (847) 367-9699
Facsimile: (847) 367-9621
djschwab@rss-chtd.com
mralph@rss-chtd.com
jnorton@rss-chtd.com

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that I caused a true and correct copy of the foregoing Notice and Appearances identified therein to be served upon the persons listed on the following Service List at their respective addresses via the CM/ECF electronic filing system, and First Class U.S. Mail by depositing same in the U.S. Mail collection box at 175 E. Hawthorn Parkway, Vernon Hills, Illinois prior to 4:30 p.m., on February 16, 2010.

                                    /s/ David J. Schwab

## SERVICE LIST

**Attorneys for PNC National Association, successor to National City Bank**

Blaine C. Kimrey
Lathrop & Gage LLP
100 N. Riverside Plaza
Suite 2100
Chicago, IL 60606

Bryan K. Clark
Lathrop & Gage LLP
100 N. Riverside Plaza
Suite 2100
Chicago, IL 60606

Matthew A. Jacober
Lathrop & Gage LLP
10 South Broadway
Suite 1300
St. Louis, MO 63102

Wendi Alper-Pressman
Lathrop & Gage, LLP
7701 Forsyth Blvd.
Suite 400
Clayton, MO 63105