# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

PNC Bank, National Association

                              Plaintiff,

v.                                                      Case No.: 1:09−cv−08032
                                                      Honorable Samuel Der−Yeghiayan

Sharon Sklarov, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 17, 2010:

      MINUTE entry before Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 04/20/10 at 9:00 a.m. As stated on the record, Defendants' responsive pleading is stayed until further order of the Court. Plaintiff's motion to appoint receiver [8] is stricken without prejudice at this time. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.