# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor to NATIONAL CITY BANK, | Case No.: 1:09-CV-08032 |
| Plaintiff, | Assigned Judge: Honorable Samuel Der-Yeghiayan |
| vs. | |
| SHARON SKLAROV, et al., | Designated Magistrate Judge: Honorable Nan R. Nolan |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW plaintiff PNC Bank, National Association, successor to National City Bank, by and through its counsel, Lathrop & Gage, and hereby gives notice pursuant to Federal Rule of Civil Procedure 41(a) that it is dismissing the above-referenced action without prejudice. In this case, the defendants have neither answered nor served a motion for summary judgment. Accordingly, this action may be dismissed without an Order of the Court under Federal Rule of Civil Procedure 41(a).

Respectfully submitted,

LATHROP & GAGE LLP

*/s/ Bryan K. Clark*
Blaine C. Kimrey (ARDC #6279625)
Bryan K. Clark (ARDC #6296090)
100 N. Riverside Plaza, Suite 2100
Chicago, IL 60606
Phone: (312) 920-3300
Fax:    (312) 920-3301

Wendi Alper-Pressman (ARDC #6192523)
(admitted *pro hac vice*)
7701 Forsyth Boulevard, Suite 400
Clayton, MO  63105
Phone: (314) 613-2800
Fax:     (314) 613-2801

Matthew A. Jacober (ARDC #6256140)
(admitted *pro hac vice*)
10 South Broadway, Suite 1300
St. Louis, MO  63102
Phone:  (314) 613-2500
Fax:       (314)613-2550

**Attorneys for PNC Bank, National Association, successor to National City Bank**

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 2nd of April, 2010, a true and correct copy of the foregoing was served via electronic mail on the parties registered with the Court's CM/ECF system:

David J. Schwab, Esq.
djschwab@rss-chtd.com
Joel Henry Norton, Esq.
jnorton@rss-chtd.com
Michael L. Ralph, Esq.
mralph@rss-chtd.com
RALPH, SCHWAB, & SCHIEVER, CHARTERED
175 East Hawthorn Parkway
Suite 345
Vernon Hills, IL 60061

                /s/ *Bryan K. Clark*